**FILED**
OCT 1 6 2024
CLERK U.S. DISTRICT COURT
SOUTHERN DISTRICT OF IOWA

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF IOWA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Criminal No. 4:24-cr-145 |
| v. | INDICTMENT |
| JEROMY NICKOLAS GARMAN, | T. 21 U.S.C. § 841(a)(1) |
| | T. 21 U.S.C. § 841(b)(1)(C) |
| Defendant. | |

**THE GRAND JURY CHARGES:**

**COUNT 1**
**(Distribution of a Controlled Substance Resulting in Death or Serious Injury)**

On or about January 12, 2024, in the Southern District of Iowa, the defendant, JEROMY NICKOLAS GARMAN, knowingly and intentionally distributed a controlled substance, namely: a mixture and substance containing a detectable amount of methamphetamine and fentanyl, Schedule II controlled substances, and death and serious bodily injury resulted from the use of said substance.

This is a violation of Title 21, United States Code, Section 841(a)(1) and 841(b)(1)(C).

**A TRUE BILL.**

_____
FOREPERSON

Richard D. Westphal
United States Attorney

By: _____
Jonathan L. Holscher
Assistant United States Attorney